United States Bankruptcy Court
Eastern District of New York

In re:  
Fernando M. Hernandez  
       Debtor

Case No. 18-40373-ess  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 1      Date Rcvd: Apr 10, 2018  
                        Form ID: 268      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2018.  
db           Fernando M. Hernandez,    62 Pelican Cir,    Staten Island, NY 10306-4566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Apr 10 2018 18:33:04  
                Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),  
                U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449  
                                                                                                      TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:  
              Debra Kramer    dkramer@kramerpllc.com;trustee@kramerpllc.com,  ny73@ecfcbis.com  
              Kevin B Zazzera    on behalf of Debtor Fernando M. Hernandez kzazz007@yahoo.com  
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov  
                                                                                                                                               TOTAL: 3

| **Information to identify the case:** | |
|---|---|
| Debtor 1        **Fernando M. Hernandez** | Social Security number or ITIN   **xxx–xx–8388** |
|                 First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2        First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** | Date case filed for chapter  **7   1/23/18** |
| Case number:   **1–18–40373–ess** | |

# NOTICE OF NO CERTIFICATE OF DEBTOR EDUCATION OR
# OFFICIAL FORM 423
# CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) has not filed a Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 423 is filed by April 24, 2018, this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: April 9, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 02/01/17]